# FORD & HARRISON LLP
#### COUNSELORS AT LAW

Suite 400
502 Washington Avenue
Baltimore, Maryland 21204
----
Telephone: (410) 321-7310
Telecopier: (410) 821-7918                JFries@fordharrison.com

**JAY R. FRIES**
Admitted in MD and VA            www.fordharrison.com

November 11, 2015

The Honorable George L. Russell, III
United States District Judge
United States District Court for the
  District of Maryland
101 W. Lombard Street
Baltimore, Maryland  21201-2690

        Re:   *Goffe v. Johns Hopkins Health System Corporation*
              Civil Action No.: 1:15-cv-00695-GLR

Dear Judge Russell:

This letter will constitute the joint status report of the parties in the above-referenced case.

a. As of the November 11, 2015 discovery deadline, all discovery has been exchanged and the deposition of Plaintiff has been taken.

b. No motions are pending.

c. Defendant anticipates filing a Motion for Summary Judgment by December 11, 2015.

d. A trial by jury has been demanded in the case and the parties anticipate that a trial would last two days.

e. Pursuant to the July 7, 2015 Order of Magistrate Judge Stephanie A. Gallagher, the parties attended a Settlement Conference before Magistrate Judge Gallagher at 9:30 a.m. on October 19, 2015.  Settlement was not reached.

f. The parties do not believe that referral for further settlement discussions would be helpful.

The Honorable George L. Russell, III
November 9, 2015
Page 2

    g.    The parties do not consent to have a U.S. Magistrate Judge conduct all further proceedings in this case.

    h.    The parties know of no other matters which merit the Court's attention.

Respectfully submitted,

By:    /s/
Jay R. Fries

By:    /s/
Kathleen A. Talty

**FORD & HARRISON LLP**
502 Washington Avenue
Suite 400
Baltimore, MD 21204
Phone: (410) 321-7310
Fax: (410) 821-7918
jfries@fordharrison.com
ktalty@fordharrison.com

Counsel for Johns Hopkins Health System Corporation

By:    /s/
Edward Smith, Jr., Esq.
Attorney at Law
2225 St. Paul Street
Baltimore, Maryland 21218
Edwardsmith2225@comcast.net

Counsel for Plaintiff Paula Goffe